NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**D&S CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**CACI-ISS, INC.,**
*Defendant,*

**and**

**HP ENTERPRISE SERVICES, LLC.,**
*Defendant.*

_____

2012-5031

_____

Appeal from the United States Court of Federal Claims in Case No. 11-CV-446, Judge George W. Miller.

_____

**JUDGMENT**

_____

ANTHONY H. ANIKEEFF, Williams Mullen, PC, of McLean, Virginia, argued for plaintiff-appellant.

CHRISTOPHER L. KRAFCHEK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director. Of counsel on the brief was VINCENT BUONOCORE, Deputy Assistant General Counsel, Office of the General Counsel, United States Department of Veterans Affairs, of Eatontown, New Jersey.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 9, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |